UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
**Electronically Filed**

| | | |
|---|---|---|
| MICHAEL RAY SMITH | ) | |
| | ) | |
| PLAINTIFF | ) | |
| v. | ) | CIVIL ACTION NO. 5:06-cv-00426-JBC |
| | ) | |
| KENTUCKY FRIED CHICKEN, | ) | |
| | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| DIANE INSURANCE ADJ. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER PROHIBITING EX PARTE CONTACTS WITH DEFENDANTS AND DEFENDANTS' EMPLOYEES**

Defendants Liberty Mutual Fire Insurance Company, incorrectly designated in the Complaint as Liberty Mutual Insurance Company, JRN, INC. d/b/a Kentucky Fried Chicken (store #0277), incorrectly designated in the Complaint as Kentucky Fried Chicken and Diane Dannenfeldt, incorrectly designated in the Complaint as Diane Insurance Adj. ("Defendants") hereby move the Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to issue a Protective Order prohibiting *Pro Se* Plaintiff Michael Ray Smith from contacting any of the Defendants or Defendants' employees regarding the allegations in this lawsuit. As grounds for said Motion, Defendants state the following:

### I. PLAINTIFF HAS MADE IMPROPER CONTACTS WITH DEFENDANTS AND DEFENDANTS' EMPLOYEES REQUIRING A MOTION FOR PROTECTIVE ORDER TO BE ENTERED

The Motion for Protective Order is necessary because of actions taken by *Pro Se* Plaintiff Michael Ray Smith ("Plaintiff") in this lawsuit. Plaintiff has improperly contacted Defendant Diane Dannenfeldt through *ex parte* communications on numerous occasions. These contacts are an impediment to the defense of the case. It is improper to have *ex parte* contacts with Defendants or Defendants' employees because Counsel has been retained on their behalf. Additionally, Plaintiff's contacts with Defendants and/or Defendants' employees are harassing and annoying. All contact regarding this lawsuit should be by correspondence through U.S. Mail and/or facsimile and directed to Defendants' attorneys Donald L. Miller, II and Tracey Clemmons Smith at Frost Brown Todd LLC, 400 West Market Street, 32nd Floor, Louisville, Kentucky 40202.

### II. THE NECESSITY OF A PROTECTIVE ORDER

Based on Plaintiff making inappropriate *ex parte* contacts with Defendants named in this lawsuit, Plaintiff's harassing behavior in this lawsuit and Plaintiff's improper allegations made in pleadings personally and directly attacking Defendants, Defendants' employees and Counsel for Defendant, a Protective Order prohibiting Plaintiff or his agents from *ex parte* contact with any employees of Liberty Mutual Fire Insurance Company, including but not limited to Diane Dannenfeldt, and any employees of JRN, Inc. and JRN, Inc. d/b/a Kentucky Fried Chicken (store #0277 located in Danville, Kentucky), and to only contact counsel in this case by facsimile or by U.S. Mail is appropriate in this case. The Protective Order is the minimum safeguard necessary to ensure that the court rules are not violated and Defendants' ability to prepare a defense is adequately protected.

Wherefore, Defendants respectfully move this Court to enter the attached Protective Order prohibiting Plaintiff Michael Ray Smith or his agents from contacting Defendants, Defendants' employees and from only allowing Plaintiff to contact Defendants' Counsel through correspondence by U.S. Mail or facsimile.

        Respectfully submitted,

        /s/ Tracey Clemmons Smith
        Donald L. Miller, II
        Tracey Clemmons Smith
        *Counsel for Liberty Mutual Fire Ins. Co., JRN, Inc. d/b/a Kentucky Fried Chicken and Diane Dannenfeldt*
        FROST BROWN TODD LLC
        400 W. Market St., 32nd Floor
        Louisville, KY  40202-3363
        Telephone: (502) 589-5400
        Fax: (502) 581-1087
        dmiller@fbtlaw.com
        tcsmith@fbtlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2007, I electronically filed the following with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: N/A              .

I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants:

Michael Ray Smith
301 N. Hill-N-Dale, Apt. 3
Danville, KY 40422

/s/ Tracey Clemmons Smith
Donald L. Miller II
Tracey Clemmons Smith
*Counsel for Liberty Mutual Fire Ins. Co., JRN, Inc. d/b/a Kentucky Fried Chicken and Diane Dannenfeldt*
FROST BROWN TODD LLC
400 W. Market Street, Suite 3200
Louisville, KY 40202-3363
Phone: (502) 589-5400
Fax:    (502) 581-1087
dmiller@fbtlaw.com
tcsmith@fbtlaw.com