UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CIVIL ACTION NO. 06-426-JBC**

**MICHAEL RAY SMITH,**                                                           **PLAINTIFF,**

**V.**             **MEMORANDUM OPINION AND ORDER**

**KENTUCKY FRIED CHICKEN, ET AL.,**                          **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on the plaintiff's motion for an immediate doctor appointment (DE 30) and the plaintiff's motion for a medical examination (DE 33).

The plaintiff claims that, at a scheduling conference held before United States Magistrate Judge James B. Todd on March 28, 2007, counsel for the defendant JRN, Inc. d/b/a Kentucky Fried Chicken ("JRN") stated that she planned to have the plaintiff "examined by a medical doctor at her choice." DE 30, at 1. The plaintiff claims that he has no objection to such an examination and that he "wants to be examined immediately at defendants [sic] expense." *Id.*; *see also* DE 33. A subsequent pleading filed by the plaintiff indicates that he was examined by Dr. Craig Mackey on April 16, 2007. *See* DE 34.

After reviewing the plaintiff's pleadings, the court presumes that counsel for JRN seeks to have the plaintiff examined for discovery purposes. As discovery in this action commenced only within the last two months, the court finds that the plaintiff's motions for an immediate medical examination are premature. Further,

since JRN is apparently the party who initiated the request to have the plaintiff examined, his motions for such examination are also unnecessary.

In discussing his medical examination by Dr. Mackey, the plaintiff states, "**This exam was not charged to defendant**."  DE 34, at 1 (emphasis in original).  To the extent that the plaintiff requests that JRN reimburse him for the costs of Dr. Mackey's examination, this request is also denied.  Accordingly,

**IT IS ORDERED** that the plaintiff's motions (DE 30, 33) are **DENIED**.

Signed on May 8, 2007

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY